**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>  Plaintiff,<br><br>  v.<br><br>BROWN, et al.,<br><br>  Defendants. | No. 2:20-CV-02466-DMC-P<br><br><br>ORDER |

Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. (ECF No. 4) Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated:  December 28, 2020

  _____
  DENNIS M. COTA
  UNITED STATES MAGISTRATE JUDGE

1