IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:20-CV-2466-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BROWN, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, seeking a 60-day stay of proceedings to allow the parties to participate in the Court's post-screening early alternative dispute resolution (ADR) program.

Plaintiff's motion is denied as premature because the complaint has not yet been served, no defendants have appeared, and the case is not yet at issue. Plaintiff is advised that, once he complies with the Court's August 9, 2021, order to submit documents necessary for service by the United States Marshal, and once an answer to the complaint is filed, the Court will refer the matter to the early ADR program.

IT IS SO ORDERED.

Dated: August 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE