IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:20-CV-2466-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BROWN, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal of Defendant Brown. See ECF No. 24. Because no answer or motion for summary judgment has been filed, leave of Court is not required and Defendant Brown is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate Brown as a defendant to this action, which shall proceed as against Defendant Garcia only.

IT IS SO ORDERED.

Dated: January 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1