UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERON KENNETH HOLSTON, | ) | Case No.: 2:20-cv-2466 KJM DMC P |
| | ) | |
| Plaintiff, | ) | **ORDER ON DEFENDANT'S REQUEST** |
| | ) | **TO OPT OUT OF POST-SCREENING** |
| vs. | ) | **ADR** |
| | ) | |
| DEPUTY C. GARCIA, et al. | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing, the Court hereby GRANTS Defendant's request to opt-out of the post-screening alternative dispute resolution pilot project and lift the stay imposed in this case.

Dated: May 31, 2022

_____
DENNIS         M.         COTA
UNITED STATES MAGISTRATE JUDGE