IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA,<br><br>　　　　Defendant. | No. 2:20-CV-2466-DJC-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 36, for access to the Court's electronic filing system (PACER).

　　　　In his motion, Plaintiff states that he is a former prisoner and asks that he be permitted to file electronically through the Court's PACER system.  Plaintiff has not, however, as required under the Court's local rules, demonstrated access to a computer or related technology for reliable electronic filing and electronic notice of filings by opposing counsel.  Plaintiff's request is, therefore, denied without prejudice to a further request on the required showing.

　　　　IT IS SO ORDERED.

Dated: June 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1