IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>  Plaintiff,<br><br>  v.<br><br>GARCIA,<br><br>  Defendant. | No. 2:20-CV-2466-DJC-DMC-P<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 66, for access to the Court's electronic case filing system (ECF). Pursuant to Eastern District of California Local Rule 133(b)(2), pro se litigants must file their documents in paper form. Exceptions may be made where the requesting party demonstrates an ability to utilize the ECF system. See Local Rule 133(b)(3). In his request, Plaintiff states that he is scheduled to be released from custody sometime in October 2023 and, following release, will have access to a computer and be able to utilize the ECF system. A review of the docket reflects, however, that, to date, Plaintiff remains in custody at the South Lake Tahoe Jail. As such, Plaintiff's motion will be denied without prejudice to renewal upon Plaintiff's release from custody and a showing a good cause for an exception.

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 66, for access to the Court's ECF system is denied without prejudice.

Dated: October 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE