IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:20-CV-2466-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GARCIA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 73, for an extension of time to file a supplemental opposition to Defendant's motion for summary judgment.

Plaintiff states that, due to recent changes in address, he is unable to locate his copy of Defendant's motion. Plaintiff asks that the motion be re-served on him at his new address and that the Court grant additional time to file a supplemental opposition. Good cause appearing therefor, Plaintiff's requests will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 73, is GRANTED.

2. Defendant is directed to re-serve Defendant's motion for summary judgment on Plaintiff at his current address of record.

3. Plaintiff may file a supplemental opposition to Defendant's motion for summary judgment within 30 days of the date of this order.

4. Defendant's optional reply brief will be due within 14 days of the date of service of any supplemental opposition.

Dated: October 26, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE