UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No.  2:20-cv-02466 DJC DMC P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| BROWN, et al., | |
| Defendants. | |

On November 15, 2023, Plaintiff filed a notice of change of address.  (ECF No. 80.)  Two prior orders were re-served on the updated address provided by Plaintiff.  However, these orders were returned as "Undeliverable" on December 8, 2023.  On February 15, 2024, Magistrate Judge Dennis M. Cota issued Findings and Recommendations recommending that this action be dismissed based on Plaintiff's failure to notify the Court of his change of address in compliance with Local Rule 183(b).  Plaintiff has not objected to those Findings and Recommendations or otherwise responded, although this order has not been returned as "Undeliverable."  The Court notes the multiple requests for extensions and the frequent need to re-serve orders on the docket in this matter.

Accordingly, IT IS HEREBY ORDERED that within seven days of this order Plaintiff must confirm his current address to the Court and show cause in writing why the Court should not adopt the Findings and Recommendations and dismiss this

1

action based on Plaintiff's failure to comply with Local Rule 183(b).  Failure to respond to this order will result in dismissal of this action.

    IT IS SO ORDERED.

Dated: __**March 29, 2024**__

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE