IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>GARCIA,<br><br>    Defendant. | No. 2:20-CV-2466-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a trial readiness status report. See ECF No. 101. Also before the Court is Defendant's response to the Court's order directing Defendant to indicate whether Defendant is amenable to participation in a settlement conference, which Plaintiff has requested. See ECF No. 102.

Bay way of background, the District Judge denied Defendant's motion for summary judgment on June 16, 2025. See ECF No. 95. Thereafter, the undersigned directed the parties to file trial readiness status reports. See ECF No. 96. Plaintiff sought additional time to file his status report; Plaintiff also requested a settlement conference. See ECF No. 99. The Court granted Plaintiff's request for additional time and directed Defendant to inform the Court whether Defendant is amenable to participating in a settlement conference. See ECF No. 100. Defendant has filed a response indicating willingness to participate in a settlement conference.

1 | <u>See</u> ECF No. 102.

2 |       Given the parties' agreement to participate in a settlement conference, the Court will suspend the requirement to submit status reports and will refer this matter to another Magistrate Judge for a settlement conference. The Court will also stay these proceedings until such time as a settlement conference can be conducted. The parties will be notified of a settlement conference date upon referral to another Magistrate Judge for that purpose.

      Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court suspends the requirement to submit status reports pursuant to the Court's July 7, 2025, order.

2. Plaintiff's motion for an extension of time to file a status report, ECF No. 101, is DENIED as unnecessary.

3. This matter is referred to another Magistrate Judge, to be assigned separately, for a settlement conference.

4. This matter is STAYED until such time as a settlement conference can be conducted.

Dated:  December 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE